PROB 35  
(Rev 3/93)

Report and Order Terminating Supervision  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 7:09-M-1123-1

CAROLINA VIERA

On September 16, 2009, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,  Respectfully submitted,

/s/ Kevin L. Connolley  
Kevin L. Connolley  
Supervising U.S. Probation Officer

/s/ Djoni B. Barrett  
Djoni B. Barrett  
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 3rd day of August, 2010.

Robert B. Jones, Jr.  
U.S. Magistrate Judge